**Fw: Transferred case has been opened ( 1:19-cv-00126 )**
MSSDdb_Jackson    to: MSSDdb_Gulfport                                    04/15/2019 04:49 PM
Sent by:

From:
To:
Sent by:

----- Forwarded by

From:
To:
Date:       04/15/2019 02:32 PM
Subject:    Fw: Transferred case has been opened ( 3:19-cv-00599 )
Sent by:

----- Forwarded by

From:       flnd_flncmecf@flnd.uscourts.gov
To:         InterdistrictTransfer_MSSD@mssd.uscourts.gov
Date:       04/15/2019 02:06 PM
Subject:    Transferred case has been opened


CASE: 1:19-cv-00126

DETAILS: Case transferred from Mississippi Southern
has been opened in Northern District of Florida
as case 3:19-cv-00599, filed 04/15/2019.